## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Magistrate. No. 26-11110 |
| | : | |
| ERICK MARQUEZ CRUZ, | : | **CRIMINAL COMPLAINT** |
| a/k/a "El Shaarawy" | | |

I, Jessica L. Guiliano, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
Special Agent Jessica L. Guiliano
Bureau of Alcohol, Tobacco, Firearms
& Explosives

Special Agent Jessica Guiliano attested to this Complaint by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 25ᵀᴴ day of June, 2026.

_____
Hon. André M. Espinosa
United States Magistrate Judge

## ATTACHMENT A

### COUNT ONE
(Possession of Machine Guns)

On or about June 25, 2026, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**ERICK MARQUEZ CRUZ.**
**a/k/a "El Shaarawy,"**

did knowingly possess machineguns, as defined in Title 26, United States Code, Section 5845(b), namely, approximately seventy machinegun conversion devices.

In violation of Title 18, United States Code, Section 922(o)(1).

## ATTACHMENT B

I, Jessica L. Guiliano, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including interviews, reports, and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.  At all times relevant to this Criminal Complaint, Erick Marquez Cruz ("CRUZ") was a resident of North Bergen, New Jersey.

2.  On or about June 25, 2026, law enforcement executed a search warrant at an apartment in North Bergen, New Jersey (the "Apartment"), where CRUZ resided.

3.  Among other items, during a search of a bedroom in the Apartment later identified as CRUZ's bedroom, law enforcement found a 3D printer used to manufacture firearm components, along with various firearm components inside a box. These firearm components included approximately seventeen 3D-printed frames, multiple 3D-printed magazines, and approximately seventy machinegun conversion devices. Among other things, law enforcement seized machinegun conversion devices (the "Machineguns") that met the federal definition of a machinegun, as defined in Title 26, United States Code, Section 5845(b).

4.  An image of some items found in the Apartment is set forth below:



- 2 -

5. After administering *Miranda* warnings, law enforcement interviewed CRUZ. During those interviews, CRUZ admitted to law enforcement, in sum and substance, that he lived at the Apartment, that the searched bedroom was his, and that he was responsible for printing certain firearm components and items found in his bedroom, including the Machineguns.